IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AMERICAN COLLISION &            )    Civil Action
   AUTOMOTIVE CENTER, INC.,   )    No. 11-cv-06947
RONALD B. GALATI and            )
TIFFANY N. GALATI,              )
                                )
                  Plaintiffs    )
                                )
            vs.                 )
                                )
WINDSOR-MT. JOY MUTUAL          )
   INSURANCE COMPANY,         )
                                )
                  Defendant     )

O R D E R

NOW, this 27th day of September, 2012, upon

consideration of the following documents:


     (1)   Motion to Dismiss of Defendant, Windsor-
          Mt.Joy Mutual Insurance Company filed
          November 14, 2011, together with

         (A)  Exhibits "A" through "D" to defendant's
              motion to dismiss; and

         (B)  Brief in Support of the Motion to
              Dismiss of Defendant, Windsor-Mt.Joy
              Mutual Insurance Company;

     (2)   Plaintiffs' Brief in Opposition to
          Defendant's Motion to Dismiss, which brief
          was filed November 28, 2011, together with

         (A)  Attached Exhibits to plaintiff's brief[1];

---

    [1]    Plaintiffs' Exhibits are not titled or numbered.  The documents attached are (1) Marine Purchase Agreement; (2) Defendant's Answer with New Matter to Plaintiff's Complaint, which answer responded to a Complaint filed by non-party Ronald L. Galati against defendant on October 22, 2007 in case number 002774, October Term 2007 in the Court of Common Pleas of Philadelphia County, Pennsylvania ("Philadelphia County Action"); and (3) the Complaint filed in the Philadelphia County Action.

       (3)   Reply of Defendant Windsor-Mt.Joy Mutual
             Insurance Company to Plaintiffs' Response to
             Defendant's Motion to Dismiss, which reply
             was filed on December 7, 2011; and

       (4)   Notice of Removal filed November 7, 2011;

and for the reasons set forth in the accompanying Opinion,

     IT IS ORDERED that the Motion to Dismiss of Defendant,

Windsor-Mt.Joy Mutual Insurance Company is granted.

     IT IS FURTHER ORDERED that plaintiffs' Complaint

removed by defendant on November 7, 2011 is dismissed with

prejudice.

     IT IS FURTHER ORDERED that the Clerk of Court mark this

case closed for statistical purposes.


                    BY THE COURT:


                    /s/ James Knoll Gardner
                    James Knoll Gardner
                    United States District Judge