IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
AMERICAN COLLISION &              )   Civil Action
   AUTOMOTIVE CENTER, INC.,       )   No. 11-cv-06947
RONALD B. GALATI and              )
TIFFANY N. GALATI,                )
                                  )
                Plaintiffs        )
                                  )
        vs.                       )
                                  )
WINDSOR-MT. JOY MUTUAL            )
   INSURANCE COMPANY,             )
                                  )
                Defendant         )
```

O R D E R

NOW, this 27th day of September, 2012, upon consideration of the following documents:

    (1) Motion to Dismiss of Defendant, Windsor-Mt.Joy Mutual Insurance Company filed November 14, 2011, together with

        (A) Exhibits "A" through "D" to defendant's motion to dismiss; and

        (B) Brief in Support of the Motion to Dismiss of Defendant, Windsor-Mt.Joy Mutual Insurance Company;

    (2) Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss, which brief was filed November 28, 2011, together with

        (A) Attached Exhibits to plaintiff's brief[1];

---

[1] Plaintiffs' Exhibits are not titled or numbered. The documents attached are (1) Marine Purchase Agreement; (2) Defendant's Answer with New Matter to Plaintiff's Complaint, which answer responded to a Complaint filed by non-party Ronald L. Galati against defendant on October 22, 2007 in case number 002774, October Term 2007 in the Court of Common Pleas of Philadelphia County, Pennsylvania ("Philadelphia County Action"); and (3) the Complaint filed in the Philadelphia County Action.

        (3)    Reply of Defendant Windsor-Mt.Joy Mutual Insurance Company to Plaintiffs' Response to Defendant's Motion to Dismiss, which reply was filed on December 7, 2011; and

        (4)    Notice of Removal filed November 7, 2011;

and for the reasons set forth in the accompanying Opinion,

<u>IT IS ORDERED</u> that the Motion to Dismiss of Defendant, Windsor-Mt.Joy Mutual Insurance Company is granted.

<u>IT IS FURTHER ORDERED</u> that plaintiffs' Complaint removed by defendant on November 7, 2011 is dismissed with prejudice.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court mark this case closed for statistical purposes.

                                    BY THE COURT:


                                      /s/ James Knoll Gardner
                                      James Knoll Gardner
                                      United States District Judge